UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PERRY NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17 CV 2771 CDP |
| | ) | |
| CITY OF DES PERES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

I met with counsel at a Rule 16 conference on April 10, 2018, and entered a Case Management Order later that date that largely adopted the deadlines and schedule set out in the parties' joint proposed scheduling plan, including the date by which plaintiff was to disclose his expert witnesses and reports, that is, August 27, 2018. Plaintiff now seeks until November 30, 2018, to make this disclosure. I agree with defendants that plaintiff's request is excessive and that such an extension would cause all deadlines and schedules to be delayed in this case. I will deny plaintiff's motion.

In addition, defendants served their written discovery on plaintiff on July 2, 2018, but plaintiff never responded by way of answer or objection. After attempts to resolve the issue were unsuccessful, defendants filed a motion to compel. Plaintiff has failed to respond to the motion, and the time to do so has passed. I

will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Extension of Time to Provide Expert Witness Reports [38] is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' Motion to Compel [39] is **GRANTED.**

**IT IS FURTHER ORDERED** that <u>**within fourteen (14) days of the date of this Order**</u>, plaintiff Perry Newman shall answer all interrogatories fully, under oath; produce all documents requested; and serve upon defendants a certification that he has fully complied with Fed. R. Civ. P. 34 in his production. All objections to the propounded interrogatories and requests for production are waived.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of September, 2018.